IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHANE MICHELSON and<br>BRENT MICHELSON<br>    *Plaintiffs*<br><br>v.<br><br>DEBRA T. BATSON, JPMORGAN<br>CHASE & CO, JPMORGAN CHASE<br>BANK, NA, JPMORGAN PRIVATE BANK<br>and JP MORGAN TRUST COMPANY OF<br>DELAWARE<br>    *Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:17-CV-3244-C |

## NOTICE OF APPEAL

Notice is hereby given that Shane Michelson and Brent Michelson, plaintiffs in the above-styled case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Judgment Pursuant to Rule 54(b) entered in this action on March 21, 2018.

Respectfully submitted,

 */s/ Steven E. Aldous*
**STEVEN E. ALDOUS**
State Bar No. 00982100
saldous@forsheyprostok.com
**FORSHEY & PROSTOK, LLP**
500 Crescent Court
Suite 240
Dallas, Texas 75201
Ph. (214) 716-2100
Fx. (817) 716-2115

**THE WEBSTER LAW FIRM**
Jason C. Webster
JASON C. WEBSTER
State Bar No. 24033318
6200 Savoy Drive, Suite 150
Houston, Texas 77036
713.581.3900 (telephone)
713.581.3907 (facsimile)
filing@thewebsterlawfinn.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by electronic mail by the Clerk of the Court via the ECF system, as listed below on the 10th day of April 2018.

*/s/ Steven E. Aldous*
Steven E. Aldous